■ EVANGELIST v FIDELITY BROKERAGE SERVICES, INC. [643 NYS2d 332] —Leave to appeal to the Court of Appeals granted. The unpublished order of this Court entered on April 30, 1996

(M-1551) is recalled and vacated. Concur—Sullivan, J. P., Rosenberger, Wallach, Ross and Williams, JJ.